IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| SALADWORKS, LLC, | HONORABLE JEROME B. SIMANDLE |
| Plaintiff, | |
| v. | Civil No. 11-1919 (JBS/AMD) |
| MINH DUC TRINH, doing business as Café & Salad Works, | **ORDER** |
| Defendant. | |

This matter having come before the Court upon Plaintiff Saladworks LLC's motion for default judgment [Docket Item 9], for the reasons expressed in the Memorandum Opinion filed herewith and for good cause shown,

IT IS this __**6th**__ day of **July, 2011** hereby

ORDERED that Plaintiff's motion for default judgment shall be, and hereby is, **DENIED** without prejudice; and

IT IS FURTHER ORDERED that Plaintiff's motion for preliminary injunction [Docket Item 6] is **DISMISSED** as premature without prejudice to renewal and reinstatement upon proper service of process upon Defendant.

 __s/ Jerome B. Simandle__
 JEROME B. SIMANDLE
 United States District Judge